AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 540

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

JUL 2 6 2005
(Date forms issued)

*Joseph J. Saienni III*
(Signature of Party or their Representative)

*Joseph J. Saienni III*
(Printed name of Party or their Representative)

Joseph J. Saienni III

Note: Completed receipt will be filed in the Civil Action