AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

Maria Griffin, on behalf of
herself and all others similarly
situated,

              Plaintiff,

              V.

Intel Corporation, a Delaware
corporation,

              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  4 0

TO: (Name and Address of Defendant)

    Intel Corporation, a Delaware Corporation
    c/o THe Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Scott E. Chambers, Esquire
    Jeffrey J Clark, Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Stret
    P.O. Box 497
    Dover, DE 19903-0497

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO

CLERK

_Evette Watson_
BY DEPUTY CLERK

DATE  JUL 2 6 2005

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-28-05 |
|---|---|
| NAME OF SERVER (PRINT) Kim Srider | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Brian Penrod @ Corporation Trust Co., 1209 Orange St, Wilm, DE 19801

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-28-05
            Date

Signature of Server

Address of Server: 414 S. State St, Dover, DE 19901
302-674-0140

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.